IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

      Petitioner,                           No. CIV S-08-0456 MCE GGH P

   vs.

M.C. KRAMER, et al.,

      Respondents.                 <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 12, 2009, this action was stayed pending petitioner's exhaustion of state court remedies. On January 26, 2009, petitioner filed a notification of exhaustion.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. This action is reopened;

        2. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

      3. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

      4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

      5. The Clerk of the Court shall serve a copy of this order, *the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court* together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: February 6, 2009

                                                /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

wade456.100