IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHANCELLOR WADE,** | CIV S-08-0456 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMER, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including May 7, 2009, to file a response to Petitioner's petition for writ of habeas corpus.

Dated: April 28, 2009

**GREGORY G. HOLLOWS**
The Honorable Gregory G. Hollows

SA2009308225
30714057.doc

[Proposed] Order (CIV S-08-0456 MCE GGH P)