IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCELLOR WADE, | No. 2:08-cv-00456-MCE GGH P |
| Petitioner, | |
| vs. | ORDER |
| M.C. KRAMER, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with counsel has timely filed a notice of appeal of this court's February 7, 2011, dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1

1  A certificate of appealability should be granted for any issue that petitioner can
2  demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3  court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
4  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]
5  Petitioner has made a substantial showing of the denial of a constitutional right in
6  the following issue presented in the instant petition: whether the trial court in the retrial
7  erroneously denied a <u>Batson</u> challenge.  Accordingly, IT IS HEREBY ORDERED that a
8  certificate of appealability is issued in the present action on the <u>Batson</u> challenge issue only.
9  IT IS SO ORDERED.

Dated:  March 31, 2011

/s/ Morrison C. England, Jr.
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.

2