IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCELLOR WADE, | No. 2:08-cv-00456-MCE-GGH |
| Plaintiff, | |
| vs. | ORDER |
| M.C. KRAMER, et al., | |
| Defendant. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus. The petition was denied and this case was closed on February 7, 2011. On May 16, 2011, petitioner filed a motion for relief from judgment, pursuant to Fed. R. Civ. P. 60(b).

Relief from Judgment

Under Rule 60(b), a party may seek relief from judgment and to re-open his case in limited circumstances, "including fraud, mistake, and newly discovered evidence." Gonzalez v. Crosby, 545 U.S. 524, 528, 125 S. Ct. 2641, 2645-46 (2005). Rule 60(b) provides in relevant part:

///

///

1

> On motion and upon such terms as are just, the court may relieve a party ... from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud ..., misrepresentation, or misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.  The motion shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding was entered or taken.

"Motions for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure are addressed to the sound discretion of the district court." Allmerica Financial Life Insurance and Annunity Company v. Llewellyn,139 F.3d 664, 665 (9th Cir. 1997).

Plaintiff's motion fails to present any new evidence or allege sufficient facts to reopen this case.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for relief from judgment pursuant to Rule 60(b) (ECF No. 35) is denied.

Dated:  May 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has appealed this case to the Ninth Circuit which processed the appeal on May 17, 2011.

2